UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>                    Plaintiff,<br><br>vs.<br><br>SALIMAH NORRAH GLASS,<br><br>                    Defendant. | No. CR-13-008-WFN-48<br><br>ORDER DENYING DEFENDANT'S MOTION FOR RECONSIDERATION<br><br>☒    Motion Denied<br>       **(ECF No. 1385)** |

At the September 19, 2013, hearing on Defendant's Motion for Reconsideration, Assistant U.S. Attorney represented the United States. Defendant was present in the courtroom; defense counsel Gregory Scott appeared by video conference.

The United States opposed Defendant's Motion.  Both sides argued.

The Court finds there are no conditions or a combination of conditions that would reasonably assure this Defendant's presence at trial.

**IT IS ORDERED** Defendant's Motion for release from custody, ECF No. 1385, is **DENIED**.  Defendant shall remain in the custody of the U.S. Marshal pending further order of the court.

The U.S. Probation Office personnel shall prepare an updated Pretrial Services Report, and shall notify defense counsel prior to interviewing Defendant.

DATED September 23, 2013.

                    S/ JOHN T. RODGERS
            UNITED STATES MAGISTRATE JUDGE

ORDER DENYING DEFENDANT'S MOTION FOR RECONSIDERATION - 1